UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LISA C. SCOTT-GRAHAM )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>ASURION INSURANCE SERVICES, INC. )<br>)<br>    Defendant. ) | Case No. 3:12-cv-01020<br>JUDGE SHARP |

## AGREED ORDER OF DISMISSAL

Upon agreement of the parties as evidenced by the signatures of their respective counsel hereto, it appearing to the Court that all matters between the parties have been compromised and settled,

IT IS HEREBY ORDERED that this matter be, and the same is hereby dismissed with prejudice.

Entered this _____ day of _____, 2013.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

_____
Lisa C. Scott-Graham
129 Cherry Hill Drive, C3
Hendersonville, TN 37075

*Pro se Plaintiff*

s/ Alonda W. McCutcheon
Alonda W. McCutcheon (BPR #022350)
L. Lymari Cromwell (BPR# 27405
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
615/742-6200

*Attorneys for Defendant*

11702391.1